# United States Court of Appeals

### For the Eighth Circuit

_____

No. 24-3519

_____

Crawford & Company; Broadspire Services

*Plaintiffs - Appellees*

v.

Teresa Faye Morris DDS PC

*Defendant*

Teresa Faye Morris, also known as Teresa F. Moody

*Defendant - Appellant*

Teresa Faye Morris, a/k/a Teresa F. Moody, a/k/a Teresa Faye Morris-Moody, as Trustee of The Morris-Moody Family Trust U/A 08/22/2017, f/k/a The Morris Family Trust

*Defendant*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: September 3, 2025
Filed: September 4, 2025
[Unpublished]

_____

Before GRUENDER, BENTON, and KOBES, Circuit Judges.

_____

PER CURIAM.

Missouri resident Teresa Faye Morris appeals following the district court's[1] adverse grant of summary judgment in this diversity action. Having carefully reviewed the record[2] and the parties' arguments on appeal, we find no basis for reversal. *See Bruhn Farms Joint Venture v. Fireman's Fund Ins. Co.*, 823 F.3d 1161, 1165 (8th Cir. 2016) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.

[2]We grant Appellant's Motions to Supplement the Record.